IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID KENNETH RUSSELL CREE,

    Petitioner,　　　　　　　No. CIV S-08-0487 MCE DAD P

   vs.

D.K. SISTO, Warden, et al.,

    Respondents.　　　　　　　ORDER

_____/

      Petitioner has filed a memorandum with the court, informing the court that he is in the process of completing his in forma pauperis affidavit. The court has construed petitioner's memorandum as a request for an extension of time to comply with the court's March 12, 2008 order. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's March 21, 2008 request for an extension of time is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file his in forma pauperis affidavit.

DATED: April 24, 2008.

                                    /s/ Dale A. Drozd
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

DAD:9
cree0487.111ifp