IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID KENNETH RUSSELL CREE,

    Petitioner,               No. CIV S-08-0487 MCE DAD P

    vs.

D.K. SISTO, Warden, et al.,

    Respondents.           ORDER

_____/

    Petitioner has filed a second request for an extension of time to file an in forma pauperis affidavit pursuant to the court's order of March 12, 2008. Good cause appearing, the request will be granted.

    IT IS HEREBY ORDERED that:

    1. Petitioner's May 6, 2008 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file his in forma pauperis affidavit. No further extensions of time will be granted.

DATED: May 13, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ak
cree0487.111sec