1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID KENNETH RUSSELL CREE,

11          Petitioner,                    No. CIV S-08-0487 MCE DAD P

12       vs.

13   D.K. SISTO, Warden,

14          Respondent.              ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

18          Since petitioner may be entitled to the requested relief if the claimed violation of

19   constitutional rights is proved, respondent will be directed to file a response to petitioner's

20   application.

21          In accordance with the above, IT IS HEREBY ORDERED that:

22          1.  Respondent is directed to file a response to petitioner's application within sixty

23   days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall

24   be accompanied by any and all transcripts or other documents relevant to the determination of the

25   issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;

26   /////

1        2.  Petitioner's reply, if any, shall be filed and served within thirty days of service

2  of an answer;

3        3.  If the response to petitioner's application is a motion, petitioner's opposition or

4  statement of non-opposition shall be filed and served within thirty days of service of the motion,

5  and respondent's reply, if any, shall be filed within fifteen days thereafter; and

6        4.  The Clerk of the Court shall serve a copy of this order together with a copy of

7  petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael

8  Patrick Farrell, Senior Assistant Attorney General.

9  DATED: June 6, 2008.

10

11  _____

12  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

13  DAD:9
    cree0487.100f

14

15

16

17

18

19

20

21

22

23

24

25

26