IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID KENNETH RUSSELL CREE,

    Petitioner,                     No. CIV S-08-0487 MCE DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.                 <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve supplemental briefing and a declaration pursuant to the court's order of October 20, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's November 7, 2008 request for an extension of time (Docket No. 18) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve supplemental briefing and a declaration pursuant to the court's order of October 20, 2008. Within fifteen days of being served with petitioner's supplemental briefing and declaration, respondent may file a reply, if any.

DATED: November 18, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
cree0487.111supp