IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID KENNETH RUSSELL CREE,

    Petitioner,                    No. CIV S-08-0487 MCE DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.                 ORDER

                            /

        Respondent has requested an extension of time to file and serve a reply to petitioner's supplemental briefing and declaration in this matter. Good cause appearing, IT IS HEREBY ORDERED that:

            1. Respondent's December 31, 2008 request for an extension of time (Doc. No. 21) is granted; and

            2. Respondent shall file and serve a reply to petitioner's supplemental briefing and declaration on or before January 30, 2009.

DATED: January 12, 2009.

                                                                   DALE A. DROZD
                                                                   UNITED STATES MAGISTRATE JUDGE

DAD:9
cree0487.111supp(2)