IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID KENNETH RUSSELL CREE,

     Petitioner,          No. CIV S-08-0487 MCE DAD P

  vs.

D.K. SISTO, Warden,

     Respondent.        ORDER

_____/

        Respondent has requested a second extension of time to file and serve a reply to petitioner's supplemental briefing and declaration in this matter. Good cause appearing, respondent's request will be granted. However, no further extensions of time will be granted for this purpose.

        IT IS HEREBY ORDERED that:

        1. Respondent's January 30, 2009 request for an extension of time (Doc. No. 23) is granted; and

/////

/////

/////

/////

2. Respondent shall file and serve a reply to petitioner's supplemental briefing and declaration on or before Friday, February 13, 2009. No further extensions of time will be granted for this purpose.

DATED: February 2, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
cree0487.111supp2