IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID KENNETH RUSSELL CREE,

    Petitioner,               No. CIV S-08-0487 MCE DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.             <u>ORDER</u>

_____/

        Respondent has filed a request to withdraw the motion to dismiss filed on August 4, 2008. Good cause appearing, respondent's request will be granted, and the motion to dismiss will be deemed withdrawn.

        Respondent has also requested thirty days leave to file an answer in this matter. Good cause appearing, respondent's request will be granted.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent's February 17, 2009 request to withdraw the August 4, 2008 motion to dismiss (Doc. No. 25) is granted;

        2. Respondent's August 4, 2008 motion to dismiss (Doc. No. 12) is deemed withdrawn;

/////

/////

1

3. Respondent's February 17, 2009 request for thirty days leave to file an answer in this matter (Doc. No 25) is granted;

4. Respondent shall file an answer on or before March 19, 2009.

DATED: February 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
cree0487.wd

2